UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                Case No. 20-CR-215

QUINTIN R. HOLLIS,

        Defendant.

---

## ORDER REQUIRING DODGE CORRECTIONAL INSTITUTION TO SUPPLY DEFENDANT WITH HIS PRESENTENCE REPORT

---

Upon consideration of the defense motion and for good cause shown, **IT IS HEREBY ORDERED** that Dodge Correctional Institution supply Mr. Quintin Hollis a copy of his Presentence Report, which shall be supplied to the institution by Mr. Hollis's counsel, Attorney Michelle Jacobs.

Dated at Green Bay, Wisconsin this 18th day of March, 2021.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge